IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAURICE CAMPBELL, et al.,

      Plaintiffs,

                            CIVIL ACTION NO.

v.                            1:12-cv-2488-JEC

MORRIS BROWN COLLEGE, et al.,

      Defendants.

**ORDER**

    This case is before the Court on its Order of September 6, 2012, directing the parties to advise the Court by September 24, 2012 whether a joint stay as to both defendants should be entered [6].  On September 25, 2012, the parties filed a Stipulation to Stay Pending Bankruptcy Proceedings [7] requesting that the entire case be stayed unless and until the Bankruptcy Court lifts the stay against defendant Morris Brown College.  The Court agrees that the entire case should be stayed in order to avoid piecemeal litigation.

    Therefore, pursuant to  11 U.S.C. § 362(a)(1), all proceedings are automatically stayed as to both defendants unless and until the Bankruptcy Court lifts the stay against defendant Morris Brown College or otherwise indicates that the litigation in this case may proceed.

The Court therefore **ADMINISTRATIVELY TERMINATES** this action without prejudice to the right of the parties to reopen this proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  Any such motion to reopen shall be made within 60 days of the bankruptcy court's order lifting the stay or dismissing the bankruptcy case.

SO ORDERED, this 26th day of SEPTEMBER, 2012.

<u>/s/ Julie E. Carnes</u>
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE