IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAURICE CAMPBELL, et al.,

    Plaintiffs,

v.

MORRIS BROWN COLLEGE, et al.,

    Defendants.

CIVIL ACTION NO.
1:12-cv-2488-JEC

**ORDER**

This case is before the Court on Attorney Jamie G. Miller's Motions to Withdraw as Counsel for Plaintiffs Maurice Campbell, Jamie G. Miller, and Jabir Bashir [9, 10, 11, 12].

It is hereby Ordered that Attorney Jamie G. Miller's Motions to Withdraw as Counsel for Plaintiffs Maurice Campbell, Jamie G. Miller, and Jabir Bashir [9, 10, 11, 12] are **GRANTED**. The Court notes that this case was administratively terminated on September 26, 2012 due to a Bankruptcy stay as to Morris Brown College.

SO ORDERED, this 4th day of APRIL, 2013.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)